# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:17mj0050

  -vs-

Magistrate Judge Sharon L. Ovington

TIMOTHY BERRY,

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on March 3, 2017. Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

March 6, 2017

                                            s/ Sharon L. Ovington
                                              Sharon L. Ovington
                                          United States Magistrate Judge